IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RIANNA ROBINSON, GERALD ROBINSON, and SETH SANDMEYER,<br><br>     Plaintiffs,<br><br>  v.<br><br>MOHAWK AREA SCHOOL DISTRICT, DR. MICHAEL LEITERA, DR. LORREE HOUK, MARK HILER, EDMOND RETORT, JR., MARK SOLLEY, NANCY SOLDERICH, KIRK LAPE, MICHAEL MCBRIDE, RACHEL MCGREAL, JAMES MCKIM, SHERRY PATTON, and MARK PEZZUOLO,<br><br>     Defendants. | Civil Action No. 24-1182 |

## ORDER OF COURT

   AND NOW, this 18th day of September 2025, upon consideration of Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (Docket No. 16), and the briefs filed by the parties in support and in opposition thereto; and for the reasons the Court stated on the record at the oral argument held this day, IT IS HEREBY ORDERED that Defendants' motion (Docket No. 16) is **granted in part and denied in part**. The motion is **granted** to the extent that Count I is **dismissed** as to Nancy Solderich pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted. Such dismissal is **with prejudice**. The motion is **granted** to the extent that Count I is **dismissed** as to Mark Hiler, Edmond Retort, Jr., Mark Solley, Kirk Lape, Michael McBride, Rachel McGreal, James McKim, Sherry Patton, and Mark Pezzuolo, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon

which relief can be granted. Such dismissal is **without prejudice**. The motion is **denied** to the extent that it seeks dismissal of Count I against Plaintiffs Mohawk Area School District, Dr. Michael Leitera, and Dr. Lorree Houk.

IT IS FURTHER ORDERED that if Plaintiffs choose to amend their claims by filing a third amended complaint, then they shall do so by **October 9, 2025**, in which case the appropriate Defendants shall respond thereto by **October 23, 2025**. If Defendants do not amend their complaint as to Mark Hiler, Edmond Retort, Jr., Mark Solley, Kirk Lape, Michael McBride, Rachel McGreal, James McKim, Sherry Patton, and Mark Pezzuolo, then the claim raised against such parties in the Second Amended Complaint (Docket No. 15) will be dismissed with prejudice, and the Defendants shall respond to the Second Amended Complaint (Docket No. 15) by **October 23, 2025**.

*s/ W. Scott Hardy*
W. Scott Hardy
United States District Judge

cc/ecf:  All counsel of record